UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
BURGESS MASSEY,                :        08 Civ. 924 (WHP)
                               :
            Plaintiff,         :        SCHEDULING ORDER No. 1
                               :
    -against-                  :
                               :
UNITED STATES OF AMERICA,      :
                               :
            Defendant.         :
                               :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Burgess Massey having petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, it is ordered that:

       (1) Respondent shall serve and file a response to the petition on or before sixty days, along with all relevant parts of the state court record;

       (2) The Clerk of Court shall serve copies of this Order and the petition by certified mail upon the United States Attorney's Office, Southern District of New York; and

       (3) Petitioner shall have forty-five days from the date on which he is served with respondent's answer to file a response; the petition will be considered fully submitted as of that date.

Dated: February 20, 2008
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                                U.S.D.J.

*Copy mailed to:*

Mr. Burgess Massey
55331-054
FCI Fairton
Fed. Corr. Inst.
P.O. Box 420
Fairton, NJ 08320
*Plaintiff Pro Se*