



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*




*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2008

Via Facsimile

RECEIVED
APR 21 2008
CHAMBERS OF
WILLIAM H. PAULEY III
U.S.D.J.

Honorable William H. Pauley
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, RM 2210
New York, NY 10007

Re: **Burgess Massey v. United States,**
08 Civ. 924 (WHP)

Dear Judge Pauley:

The Government respectfully requests that the time for the Government to respond to Burgess Massey's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 be adjourned for 60 days, until June 20, 2008. Under the Court's Order dated February 20, 2008, the Government's answer is due on April 21, 2008.

The Petition was reassigned to me after it was filed, as the Assistant United States Attorney who handled the case has left the U.S. Attorney's Office. The Government is working to secure records of the underlying criminal case. The requested adjournment would enable the Government to obtain these records and adequately prepare its response.

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/24/2008

Hon. William H. Pauley
April 19, 2008

No prior request for an extension has been made by the Government.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: ______________________
Natalie Lamarque
Assistant United States Attorney
(212) 637-2206

cc: Burgess Massey
55331-054
FCI Fairton
P.O. Box 420
Fairton, New Jersey 08320