UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURGESS MASSEY
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

~~[redacted]~~
United States
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

08 Civ. 009 ( 2 ) ( 4 )

**REQUEST TO PROCEED
IN FORMA PAUPERIS
FOR APPLICATION FOR THE
COURT TO REQUEST COUNSEL**

I, _____BURGESS MASSEY_____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____N/A_____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _____N/A_____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   YES. FROM MOTHER

   a) Are you receiving any public benefits?     ☒ No.     ☐ Yes, $_____.
   b) Do you receive any income from any other source?    ☒ No.    ☐ Yes, $_____.

*Application granted.*
**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
5/7/2008

*Rev. 05/2007*                                                    2

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    ☒ No.     ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.     ☐ Yes, _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

    ☒ No.     ☐ Yes, $_____.

7. List the person(s) that you pay money to support and the amount you pay each month.

    N/A

8. State any special financial circumstances which the Court should consider.

    N/A

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, _____.
            *date*            *month*    *year*

_____
*Signature*