

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2008

ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/2008

Via Facsimile

Honorable William H. Pauley
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, RM 2210
New York, NY 10007

RECEIVED
JUN 13 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re: **Burgess Massey v. United States,**
         08 Civ. 924 (WHP)

Dear Judge Pauley:

    The Government respectfully requests that the time for the Government to respond to Burgess Massey's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 be adjourned for 20 days, until July 10, 2008. This is the Government's second request in this matter.

    The Government seeks a twenty-day adjournment. The Government has secured records of the underlying criminal case. The records the Government has received to date, however, do not include documents necessary to the filing of a response to the Petition, including the transcript of the suppression hearing. The requested adjournment would enable the

*Application granted.*
SO ORDERED.

WILLIAM H. PAULEY III U.S.D.J.
6/17/2008

Hon. William H. Pauley
April 19, 2008

Government to obtain these additional records and adequately prepare its response.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Natalie Lamarque
Assistant United States Attorney
(212) 637-2206

cc: Burgess Massey
     55331-054
     FCI Fairton
     P.O. Box 420
     Fairton, New Jersey 08320